No. 921.  COMMISSIONER OF INTERNAL REVENUE ET AL. *v.* P. G. LAKE, INC., ET AL.  C. A. 5th Cir.  Certiorari granted.  *Solicitor General Rankin, Assistant Attorney General Rice, Hilbert P. Zarky, Ellis N. Slack* and *Melva M. Graney* for petitioners.  *Harry C. Weeks* for P. G. Lake, Inc., et al., *J. P. Jackson* for O'Connor et al., *Allen E. Pye* for Wrather et ux., and *Peter B. Wells* for Weed, respondents.

No. 917.  DENVER UNION STOCK YARD CO. *v.* PRODUCERS LIVESTOCK MARKETING ASSOCIATION; and

No. 981.  BENSON, SECRETARY OF AGRICULTURE, *v.* PRODUCERS LIVESTOCK MARKETING ASSOCIATION.  C. A. 10th Cir.  Certiorari granted.  *Winston S. Howard, Ashley Sellers, Albert L. Reeves, Jr.* and *Jesse E. Baskette* for petitioner in No. 917.  *Robert L. Farrington, Neil Brooks* and *Donald A. Campbell* for petitioner in No. 981.  *Hadlond P. Thomas* for respondent.

No. 935.  FEDERAL TRADE COMMISSION *v.* C. E. NIEHOFF & CO.  C. A. 7th Cir.  Certiorari granted.  MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.  *Solicitor General Rankin, Assistant Attorney General Hansen* and *Charles H. Weston* for petitioner.  *James J. Magner* for respondent.

No. 464, Misc.  CIUCCI *v.* ILLINOIS.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Illinois granted.  *Loring B. Moore, William R. Ming, Jr.* and *George N. Leighton* for petitioner.  *Latham Castle,* Attorney General of Illinois, for respondent.